AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: <br><br><br>**Narcotic(s) Recovered:** <br><br><br><br>**Non-Narcotic Items Recovered:** | | |

### Certification

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:* _____

                                                                                      *William N Poole*
                                                                            *Executing officer's signature*

                                                                            *Printed name and title*